```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3038 |
| v. | ) | |
| | ) | |
| MICHAEL JOHN MERCER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's oral motion to reschedule the time of the plea hearing on August 8 is granted and the time of the hearing is rescheduled from 10:00 a.m. to 2:30 p.m.

DATED this 28th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge