IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | 4:05CR3038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL JOHN MERCER, | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 16 be stricken from the record for the following reason(s):

(X)   Incorrect event used.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 16 from the record and re-file the document using the event "Enhancement Information."

DATED this 11th day of August, 2005.

BY THE COURT:

s/ David L. Piester
_____
David L. Piester
United States Magistrate Judge